JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>GOAR ALIBALIAN,<br><br>    Defendant. | CV 08-6582 JSL<br>[CR 06-773 JSL]<br><br>ORDER DISMISSING DEFENDANT'S MOTION PURSUANT TO 28 U.S.C. § 2255 |

The motion to vacate, set aside, or correct sentence, pursuant to 28 U.S.C.§ 2255, of Defendant Goar Alibalian was decided without hearing on December 15, 2008.  Having reviewed the papers filed in connection with this matter and being fully apprised of the relevant facts and law,

**IT IS HEREBY ORDERED** that the motion of Defendant Goar Alibalian to vacate, set aside, or correct sentence, pursuant to 28 U.S.C.§ 2255, be DISMISSED.

IT IS SO ORDERED.

DATED:   December 15, 2008

_____
J. Spencer Letts
United States District Judge