SCAN

FILED
CLERK, U.S. DISTRICT COURT

JAN 1 2 2009

CENTRAL DISTRICT OF CALIFORNIA
BY                                    DEPUTY

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR 06-773 JSL |
|     Plaintiff, ) | ORDER DENYING |
|     v. ) | DEFENDANT'S MOTION FOR RECONSIDERATION OF COMMITMENT ORDER OF |
| GOAR ALIBALIAN, ) | SEPTEMBER 15, 2008 |
|     Defendant. ) | |

The Motion for Reconsideration of Commitment Order of September 15, 2008, of Defendant Goar Alibalian was decided without hearing on January 9, 2009. Defendant filed a notice of appeal on September 22, 2008, and then filed this instant motion on September 28, 2008. At the time Defendant filed her appeal, jurisdiction over this matter was transferred from this court to the Ninth Circuit. Thus, this court no longer has jurisdiction over this matter. Having reviewed the papers filed in connection with this matter and being fully apprised of the relevant facts and law,

**IT IS HEREBY ORDERED** that the motion for reconsideration of Defendant Goar Alibalian be DENIED.

IT IS SO ORDERED.

DATED:    January 9, 2009

_Spencer Letts_

J. Spencer Letts

United States District Judge